ACCEPTED
01-15-00341-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
8/25/2015 1:56:56 PM
CHRISTOPHER PRINE
CLERK

No. 01-15-00341-CV

IN THE

FIRST COURT OF APPEALS

Houston, Texas

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

8/25/2015 1:56:56 PM

CHRISTOPHER A. PRINE
Clerk

ELIZABETH A. LOUSTEAU AND BRETT CLANTON

Defendants/Appellants,

v.

JAIME L. NORIEGA AND SONIA A. NORIEGA

Plaintiffs/Appellees.

Appeal from the 151st Judicial District Court
Harris County, Texas
No. 2013-35448

APPELLANTS' MOTION TO EXPEDITE RULING ON NOTICE OF DISMISSAL AND
MOTION TO CONSOLIDATE

Marianne G. Robak, TBA 24048508
Email: mgrobak@law-crg.com
1770 St. James Place, Suite 150
CERSONSKY, ROSEN & GARCIA, P.C.
Houston, Texas 77056
Tel: (713) 600-8500; FAX (713) 600-8585
ATTORNEYS FOR APPELLANTS,
ELIZABETH A. LOUSTEAU AND BRETT
CLANTON.

Appellants are awaiting rulings on two matters: (1) The Court's Notice of Intent to Dismiss; and (2) Appellants' Motion to Consolidate. The Motion to Consolidate was filed on July 10, 2015 and was not opposed. Appellants' Response to the Court' Notice of Intent to Dismiss was filed on July 27, 2015. No response in opposition to Appellants' Response was filed by Appellees. The Court has made no rulings on either motion. Appellants need rulings on these motions before they can file their brief because they need guidance from the Court on how to style the briefs if consolidated, how to reference the clerk's records if consolidated, and whether to include arguments relating to cause number 01-15-00254-CV in the appeal to be filed in this matter. The due date for the appeal in both this case and cause number 01-15-0254-CV are due August 27, 2015. If this Motion is not granted, Appellants will need to file an additional extension, as the briefs should not be filed without a ruling on these two material matters. Therefore, Appellants respectfully request that the rulings on both motions be expedited and ruled on before the August 27, 2015 deadline for filing the Appellants' Brief.

Respectfully submitted,

/s/ Marianne G. Robak
Marianne G. Robak, TBA No. 24048508

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was forwarded to all counsel of record on this 25nd day of August, 2015, as follows:

*Via electronic filing manager*
Sarahjane "SJ" Davidson Swanson
Swanson Law Firm, PLLC
310 Main, Ste. 201
Houston, TX 77056

*/s/ Marianne G. Robak*
Marianne G. Robak